NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CATALINO BURGOS, JR., DOC #T61144, )
                                  )
           Appellant,          )
                                  )
v.                                     )
                                  )     Case No. 2D18-2001
STATE OF FLORIDA,            )
                                  )
           Appellee.           )
_____ )

Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Catalino Burgos, Jr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


         Affirmed.


LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.